**Eric Emanuel TAYLOR, Plaintiff—
Appellant,**

v.

**James W. BENTON, Jr., Judge; James W. Haley, Jr., Judge; Sam W. Coleman, III, Senior Judge, Defendants—
Appellees.**

No. 07–6944.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 25, 2007.

Eric Emanuel Taylor, Appellant pro se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Emanuel Taylor appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Benton,* No. 1:07–cv–00488–JCC (E.D. Va. filed June 5, 2007; entered June 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*